DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
dhc@severson.com
ELEANOR M. ROMAN (State Bar No. 178736)
emr@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff
ALLY FINANCIAL INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ALLY FINANCIAL INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL G. PETERS, an individual,<br><br>　　　　Defendant. | Case No.: 2:15-cv-01522-TLN-KJN<br><br>**ORDER GRANTING PLAINTIFF ALLY FINANCIAL INC.'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME FOR SERVICE OF SUMMONS AND COMPLAINT BY 90 DAYS**<br><br>**LOCAL RULE 144(C)**<br>**F.R.C.P. 4 (M) AND 6(B)** |

The *ex parte* application of Plaintiff, ALLY FINANCIAL INC. ("Ally") hereby applies *ex* for an order extending by 90 days from November 12, 2015 until February 11, 2016, the time for Ally to serve the summons and verified complaint on defendant MICHAEL G. PETERS ("Peters") pursuant to Local Rule 144(c), F.R.C.P. 4(m) and F.R.C.P. 6(b) came on for hearing.

Based on a review of the *ex parte* application, the memorandum of points and authorities, and as attested to in the declarations of Eleanor M. Roman, Rodney Nemitz, Raul Deleon, Velious C. Pope, Raimundo Carvahlo and Sandra Huckaby, good cause exists to grant Ally's application and to extend the deadline. Despite diligent efforts since the Complaint was filed on July 15, 2015 and the Summons was issued on July 16, 2015 to serve Peters at five different addresses and attempts to locate him through his former attorneys, Ally has been unable to locate and serve him. On November 5, 2015, Ally retained a private investigator to attempt to locate and serve Peters.

Now therefore and GOOD CAUSE APPEARING:

1. Ally's *ex parte* application is GRANTED.

2. The deadline for Ally to serve Peters with the Summons and Complaint in this action and including also the Order Requiring Joint Status Report, Notice of Availability of Magistrate Judge and Consent Form, and Notice of Availability of Voluntary Dispute Resolution is hereby extended from November 12, 2015 until February 11, 2016.

IT IS SO ORDERED.

**Dated:  November 13, 2015**

_____
Troy L. Nunley
United States District Judge