1  DUANE M. GECK (State Bar No. 114823)
   dmg@severson.com
2  DONALD H. CRAM (State Bar No. 160004)
   dhc@severson.com
3  ELEANOR M. ROMAN (State Bar No. 178736)
   emr@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7

8  Attorneys for Plaintiff
   ALLY FINANCIAL INC.

9
                    UNITED STATES DISTRICT COURT
10
           EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
11

12  ALLY FINANCIAL INC., a Delaware          Case No.:  2:15-cv-1522-TLN-KJN
    corporation
13                                           **ORDER GRANTING PLAINTIFF
                   Plaintiff,                ALLY FINANCIAL INC.'S** *EX PARTE*
14                                           **APPLICATION FOR ORDER
          vs.                                EXTENDING TIME FOR SERVICE OF**
15                                           **SUMMONS AND COMPLAINT BY 90**
    MICHAEL G. PETERS, an individual,        **DAYS FOR SERVICE OF SUMMONS**
16                                           **AND COMPLAINT BY PUBLICATION**
                   Defendant.
17                                           **LOCAL RULE 144(C)**
                                             **F.R.C.P. 4 (M) AND 6(B)**
18

19

20

21

22

23

24

25

26

27

28

                                                                              Order

1    The *ex parte* application of Plaintiff, ALLY FINANCIAL INC. ("Ally") hereby applies *ex*

2 for an order extending by 90 days from February 11, 2016 until May 11, 2016, the time for Ally

3 to serve the summons and verified complaint on defendant MICHAEL G. PETERS ("Peters") and

4 for an order to serve Peters by publication pursuant to Local Rule 144(c), F.R.C.P. 4(m) and

5 F.R.C.P. 6(b) came on for hearing.

6    Based on a review of the *ex parte* application, the memorandum of points and authorities,

7 and as attested to in the declarations of John Demarr, Eleanor M. Roman, Amo Virk, Faheem

8 Moore and Roger Martucci, good cause exists to grant Ally's application and to extend the

9 deadline.  Despite further diligent efforts to serve Peters since November 2015  on 22 different

10 occasions at five different addresses and attempts to locate him through public and private

11 records, public and proprietary databases and a voter registration search, Ally has been unable to

12 serve him except by certified mail, return receipt requested to the Florida address at which he is

13 believed to be residing.  This is in addition to the 19 attempts to serve Peters personally at four

14 different addresses made between July 2015 and the date of Ally's First Ex Parte Application.

15 [Dkt. Nos 5-7.]

16    Now therefore and GOOD CAUSE APPEARING:

17    1.    Ally's *ex parte* application is GRANTED.

18    2.    The deadline for Ally to serve Peters with the Summons and Complaint in this

19 action and including also the Order Requiring Joint Status Report, Notice of Availability of

20 Magistrate Judge and Consent Form, and Notice of Availability of Voluntary Dispute Resolution

21 is hereby extended from February 11, 2016 until May 11, 2016.

3.      Service of the Summons, Complaint, Order Requiring Joint Status Report, Notice of Availability of Magistrate Judge and Consent Form, and Notice of Availability of Voluntary Dispute Resolution (hereinafter collectively, the "Summons and Complaint") shall be made on defendant Michael G. Peters by publication thereof in the Contra Costa Times, a newspaper of general circulation published in Contra Costa County, California and in the Florida Times Union, a newspaper of general circulation published in Duval County, Florida.  Said publication be made in each of the foregoing newspapers at least once a week for four successive weeks.

4.      Service of the Summons, Complaint, Order Requiring Joint Status Report, Notice of Availability of Magistrate Judge and Consent Form, and Notice of Availability of Voluntary Dispute Resolution (hereinafter collectively, the "Summons and Complaint") shall be made on defendant Michael G. Peters by U.S. Mail if any additional addresses are obtained for him by Ally after the date of this order and before the time prescribed for service on Peters by publication.  A declaration of mailing, or the fact that the address was not ascertained must be filed at the expiration of the time prescribed for service by publication.

IT IS SO ORDERED.


Dated: February 16, 2016

Troy L. Nunley
United States District Judge